IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALL PERSONAL PROPERTY AND REAL )<br>PROPERTY OWNED AND CONTROLLED )<br>BY DAUGHERTY DEVELOPMENT )<br>COMPANY, LLC AND STOP 'N SOCK, LLC )<br>)<br>Defendants. ) | Civil Action No. 05-1262 |

**ORDER OF COURT**

AND NOW, this __8th__ day of __Dec_____, 2007, it is hereby ORDERED, ADJUDGED and DECREED that above-captioned civil forfeiture action is stayed until further Order of Court. The Clerk shall mark this case administratively closed.

_____
United States District Judge