IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL PERSONAL PROPERTY AND REAL PROPERTY OWNED AND CONTROLLED BY DAUGHERTY DEVELOPMENT COMPANY, LLC AND STOP 'N SOCK, LLC<br><br>Defendants. | Civil Action No. 05-1262 |

## ORDER

AND NOW, this 10th day of May, 2011, it is hereby Ordered that the foregoing Stipulation is hereby approved and incorporated by reference in its entirety into this Order.

It is further ORDERED that:

(1) The United States shall release $33,400.77 of the net proceeds from the interlocutory sale of the Defendant Property to Joseph Greco and Patricia Greco.

(2) The United States is authorized to transfer the remaining proceeds in the Daugherty Development Court Ordered Account, number 701124802, at First National Bank of Pennsylvania to the United States Marshal Service's holding account pending further order of court.

(3) A certificate of reasonable cause is entered pursuant to 28 U.S.C. §2465.

_____
United States District Judge