IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-1262 |
| | ) | |
| ALL PERSONAL PROPERTY AND | ) | |
| REAL PROPERTY OWNED AND | ) | |
| CONTROLLED BY DAUGHERTY | ) | |
| DEVELOPMENT, LLC AND | ) | |
| STOP 'N SOCK, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R  OF  COURT**

AND NOW, this 5ᵗʰ day of July, 2011, upon consideration of the United States'

Motion, it is hereby ORDERED, ADJUDGED AND DECREED that: (1) advertisement in this case

is waived; and (2) the $36,184.79, which are currently deposited in the United States Marshals

Service's forfeiture holding account, are forfeited to the United States free and clear of all right, title

and interest of any person or entity.

_____
United States District Judge