IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-1262 |
| | ) | |
| ALL PERSONAL PROPERTY AND REAL | ) | |
| PROPERTY OWNED AND CONTROLLED | ) | |
| BY DAUGHERTY DEVELOPMENT, LLC | ) | |
| AND STOP 'N SOCK, LLC, | ) | |
| | ) | |
| Defendant.. | ) | |

**ORDER OF COURT**

AND NOW, this 30th day of Jan, 2012, upon consideration of the United States' Motion to Liquidate Account and Transfer Funds to the U.S. Marshals Service, it is hereby ORDERED, ADJUDGED AND DECREED that:

(1) First National Bank liquidate and close the Daugherty Development Court Ordered Account.

(2) It is further ordered that First National Bank issue a check made payable to the United States Marshals Service for deposit into the asset forfeiture holding account, and allow a representative from the United States Attorney's Office to collect the check from First National Bank.

(3) The case shall remain stayed and administratively closed until further order of court.

_____
United States District Judge