IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.  05-1262 |
| ) | |
| ALL PERSONAL PROPERTY AND REAL ) | |
| PROPERTY OWNED AND CONTROLLED ) | |
| BY DAUGHERTY DEVELOPMENT, LLC ) | |
| AND STOP 'N SOCK, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 6th day of Feb, 2012, upon consideration of the United States' Motion, it is hereby ORDERED, ADJUDGED AND DECREED that:

(1) all monies in the Daugherty Development Court Ordered Account further identified by asset tracking number 05-USP-001365 are forfeited to the United States free and clear of all right, title and interest of any person or entity.

(2) The Clerk shall mark this case closed

_____
United States District Court Judge